# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

DECARLO A. GARNER, JR.,                )
                                        )
    *Plaintiff*,                          )          Case No. 3:25-cv-508
                                        )
v.                                      )          Judge Atchley
                                        )
                                        )          Magistrate Judge Poplin
FEDERAL GOVERNMENT, *et al.*,           )
                                        )
    *Defendants*.                          )

## <u>ORDER</u>

On July 21, 2026, United States Magistrate Judge Debra C. Poplin—after giving Plaintiff an opportunity to amend his Complaint that he failed to take advantage of—filed a Report and Recommendation [Doc. 8] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends the Court dismiss this action in its entirety based on Plaintiff's failure to state a claim upon which relief may be granted. [*See* Doc. 8]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 8]. This action is hereby **DISMISSED** in its entirety based on Plaintiff's failure to state a claim upon which relief may be granted.

---

[1] The Magistrate Judge advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. (Doc. 8 at 8 n.6); *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Additionally, the Court notes this is the fourth case Plaintiff has filed in this District where (i) he sought leave to proceed *in forma pauperis*, (ii) his Complaint was found deficient when screened as required by 28 U.S.C. § 1915, (iii) he was given the opportunity to file an amended complaint to cure the identified deficiencies, and (iv) he failed to take advantage of this opportunity, resulting in the dismissal of his claims. *See Garner v. Spizter*, 3:25-cv-433; *Garner v. SL Tennessee, LLC*, 3:25-cv-451; *Garner v. Magna International*, 3:26-cv-224.[2] Plaintiff is **WARNED** that filing additional cases that fail to survive a § 1915 screening or that result in dismissal under Rule 41(b) for failure to prosecute may result in the imposition of a injunction that restricts him from filing any document in this Court without first seeking and receiving Court approval.

A separate judgment will enter. The Clerk is respectfully **DIRECTED** to close the file.

**SO ORDERED.**

/s/ Charles E. Atchley, Jr.
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[2] *Garner v. Spizter*, 3:25-cv-433, was dismissed for failure to prosecute and failure to comply with an Order of the Court after Plaintiff failed to file an amended complaint as directed. *Garner v. SL Tennessee, LLC*, 3:25-cv-451, and *Garner v. Magna International*, 3:26-cv-224, were each dismissed when—after Plaintiff failed to file an amended complaint as directed—the Magistrate Judge entered a Report and Recommendation recommending dismissal, which the Court accepted and adopted.